# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER:  06-7046M |
| RUBEN J. FAUSONE | |

**THE DEFENDANT:**
  Pleaded guilty to count one of the Information.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offenses: offense:

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number(s)** |
|---|---|---|---|
| 18-USC-1361 | Damage to Government Property | 2/25/2006 | 1 |

  Defendant shall serve fifteen hours of community service.

## MONETARY OBLIGATIONS

  All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney. Fines shall be paid within thirty days of this judgment.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $25.00 | $150.00 |
| | $25.00 processing fee | |

June 21, 2006
--------------------------------
Date of Imposition of Judgment

s/Daniel B. Sparr
--------------------------------
Signature of Judicial Officer

Daniel B. Sparr
Sr. U.S. District Court Judge
--------------------------------
Name & Title of Judicial Officer

June 27, 2006
--------------------------------
Date